IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:26-cv-00374

| | | |
|---|---|---|
| JUSTIN NELSON, *individually and on behalf of all others similarly situated,* | ) ) ) | |
| Plaintiff, | ) ) | **AFFIDAVIT OF SERVICE** |
| v. | ) ) | |
| OVERBROOK LIFE LLC, | ) ) | |
| Defendant. | ) | |

Karl S. Gwaltney, being first duly sworn, deposes and says:

1. I am a citizen and resident of the State of North Carolina, am above the age of twenty- one (21) years and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am an attorney for the law firm representing Plaintiff in this matter.

2. On May 26, 2026, pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, I deposited a filed copy of the Civil Summons, Complaint, and the Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge to the United States Postal Service, via Certified Mail, Return Receipt Requested, and addressed as follows:

> Overbrook Life LLC
> c/o Registered Agents, Inc., Reg. Agent
> 4030 Wake Forest Road, Suite 349
> Raleigh, NC 27609

3. Process was in fact served on Overbrook Life LLC and received on May 29, 2026, as evidenced by the Proof of Service attached hereto as **Exhibit A**.

Further Affiant sayeth not.

This the _____ day of June, 2026.

_____
Karl S. Gwaltney

1

Sworn and subscribed before me this the _2nd_ day of June, 2026.

_Christina G. Morgan_
Notary Public

_Christina G. Morgan_
Printed Name

My commission expires: _8/11/27_

SEAL

Case 1:26-cv-00374-TDS-LPA    Document 6    Filed 06/02/26    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, the foregoing **Affidavit of Service** was filed through the Court's CM/ECF system on all parties having entered an appearance in this matter.

*/s/ Karl S. Gwaltney*
KARL S. GWALTNEY

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

3