**UNITED STATES POSTAL SERVICE** ®



PLAINTIFF'S EXHIBIT

A

tabbies®

June 02, 2026

Dear Grey Morgan:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9414 8111 0549 5810 1601 49**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 29, 2026, 02:43 pm |
| **Location:** | RALEIGH, NC 27609 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Overbrook Life LLC c/o Registered Agents Inc. RA |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.6oz |

## Recipient Signature

**Signature of Recipient:** *Carolyn Lucas*

**Address of Recipient:** 4030 WAKE FOREST RD, RALEIGH, NC 27609

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

### U.S. Postal Service **Certified Mail Receipt**

ARTICLE NUMBER: 9414 8111 0549 5810 1601 49

ARTICLE ADDRESSED TO:

Overbrook Life LLC
c/o Registered Agents Inc., RA
4030 Wake Forest Rd Ste 349
Raleigh NC 27609-0010

**FEES**

| | |
|---|---|
| Postage Per Piece | 2.44 |
| Certified Fee | 5.30 |
| **Total Postage & Fees:** | **$10.56** |

Postmark Here

Nelson 5/26