# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 1:26-cv-00374-TDS-LPA

| | |
|---|---|
| **JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>**v.**<br><br>**OVERBROOK LIFE LLC**,<br><br>    **Defendant.** | **NOTICE OF APPEARANCE BY S. WILSON QUICK** |

PLEASE TAKE NOTICE that S. Wilson Quick, an attorney admitted to practice in this Court, hereby appears as counsel for Overbrook Life LLC.

This the 10th day of June, 2026.

/s/ S. Wilson Quick
S. Wilson Quick
N.C. State Bar No. 47725
wquick@brookspierce.com

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Attorney for Defendant Overbrook Life, LLC*