**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No. 1:26-cv-00374-TDS-LPA**

| | |
|---|---|
| **JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> **v.** <br><br> **OVERBROOK LIFE LLC**, <br><br> **Defendant.** | **NOTICE OF APPEARANCE BY MICHAEL B. JONES** |

PLEASE TAKE NOTICE that Michael B. Jones, an attorney admitted to practice in this Court, hereby appears as counsel for Overbrook Life LLC.

This the 10th day of June, 2026.

/s/ Michael B. Jones
Michael B. Jones
N.C. State Bar No. 63595
mjones@brookspierce.com

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Attorney for Defendant Overbrook Life, LLC*