# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,

 Plaintiff,

**v.**

**OVERBROOK LIFE LLC**,

 Defendant.

**Case No. 1:26-cv-00374-TDS-LPA**

## <u>DEFENDANT OVERBROOK LIFE LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rules 6.1(a), 7.3(a) and 7.3(j), Defendant Overbrook Life LLC ("Overbrook"), by counsel, submits this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion"), and in support thereof states as follows:

1. Plaintiff Justin Nelson ("Plaintiff") filed his Complaint, Dkt. No. 1, on May 5, 2026.

2. On May 26, 2026, Plaintiff's counsel mailed a copy of the filed Civil Summons, Complaint, and Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge ("Process Package") to Overbrook's registered agent in North Carolina. *See* Affidavit of Service, Dkt. No. 6., ¶ 2.

3. Overbrook's registered agent received the Process Package on May 29, 2026. *Id*. ¶ 3.

4.    June 22, 2026 is Overbrook's current deadline for filing its response to Plaintiff's Complaint. *See* Dkt. No. 6.

5.    Overbrook respectfully requests that it be granted a 14-day extension, to July 6, 2026, to respond to Plaintiff's Complaint.

6.    Counsel for Overbrook was only recently retained and requires additional time to investigate Plaintiff's claims and prepare a responsive pleading.

7.    Plaintiff, through counsel, does not oppose Overbrook's requested extension.

8.    This Motion is submitted in good faith and not for purposes of delay.

WHEREFORE, Overbrook respectfully requests that the Court enter an order granting this Motion and extending its time to respond to Plaintiff's Complaint to July 6, 2026.

This the 10th day of June, 2026.

/s/ S. Wilson Quick
S. Wilson Quick
N.C. State Bar No. 47725
wquick@brookspierce.com

Michael B. Jones
N.C. State Bar No. 63595
mjones@brookspierce.com

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Attorneys for Defendant Overbrook Life, LLC*

3