**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

**v.**

**OVERBROOK LIFE LLC**,

    Defendant.

**Case No. 1:26-cv-00374-TDS-LPA**

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

ON THIS DAY the Court has considered Defendant Overbrook Life LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion").

It is ORDERED AND ADJUDGED that the Motion is GRANTED. Defendant shall file its response to Plaintiff's Complaint on or before July 6, 2026.

DATED this _____ day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE
THOMAS D. SCHROEDER

1