# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

**v.**

**OVERBROOK LIFE LLC**,

    Defendant.

**Case No. 1:26-cv-00374-TDS-LPA**

## DEFENDANT OVERBROOK LIFE LLC'S MOTION TO TRANSFER AND, IN THE ALTERNATIVE, MOTION TO DISMISS

Defendant Overbrook Life LLC ("Overbrook"), by counsel and pursuant to 28 U.S.C. § 1404, Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and Local Rule 7.3(a), moves to transfer venue to the Eastern District of Michigan and, in the alternative, moves to dismiss Plaintiff's Complaint for lack of standing and for failure to state a claim upon which relief can be granted. Pursuant to Local Rule 7.3(a), Overbrook has simultaneously filed a Memorandum of Law setting forth the grounds for its Motion.

## STATEMENT OF COMPLIANCE WITH THE COURT'S JUNE 11, 2026 ORDER

Pursuant to the Court's June 11, 2026 Order, on June 24, 2026, the undersigned counsel met and conferred with Plaintiff's counsel regarding Overbrook's Motion to Transfer and, in the Alternative, Motion to Dismiss. During our conference we discussed the possibility of resolving or narrowing issues by Plaintiff's filing an amended complaint, either in this district or elsewhere. The parties were unable to reach an

1

agreement. The undersigned was informed that Plaintiff opposes both Overbrook's Motion to Transfer and Motion to Dismiss.

This the 6th day of July, 2026.

/s/ S. Wilson Quick
S. Wilson Quick
N.C. State Bar No. 47725
wquick@brookspierce.com

Michael B. Jones
N.C. State Bar No. 63595
mjones@brookspierce.com

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Attorneys for Defendant Overbrook Life, LLC*

2