# EXHIBIT L

CONFIDENTIAL

| Telephone Number Research Report | 517-769-4094 |
|---|---|

Date: **3/20/2026** ███████ ████████

███ ██████

██████████ ████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███

███████████████████

█████████

█████████

## Client Provided Information

Phone Number: **517-769-4094**

████

██████

████

██████████████

████████████████

████████████        ████████████████████████████

██████████          █████████████████████████

                    ██████████████

                    ██████████████

                    █████

                    ██████████████

**CompliancePoint**
*Litigation Support Services*

CONFIDENTIAL





2



CONFIDENTIAL





| | Name | Phone Dates |
|---|---|---|
| Name: | Peavy, Jimmie Richard-Carl | ███████████████████████ |
| Address: | █████████████████ | |
| Name: | Dowling, Michele Ryung | ███████████████████████ |
| Address: | █████████████ | |
| Name: | Ostrander, Annette Jean | ████████  ████████ |
| ████ | ██████████████ | |

3

CompliancePoint®
Litigation Support Services

CONFIDENTIAL



CONFIDENTIAL

Notice: The Public Records and commercial and proprietary data sources used to prepare this report have errors. Data is sometimes entered poorly and/or processed incorrectly and is generally not free from defect. This report should not be relied upon to be definitively accurate. Any data used in this report should be independently verified.

