# EXHIBIT M

← →

JACKSON, MI 49201

Parcel # ███████  Location ID: ████████  Customer ID: ████

Customer Name: OSTRANDER ANNETTE J

## Owner and Taxpayer Information

| | |
|---|---|
| Owner | OSTRANDER ANNETTE J<br>████████<br>JACKSON, MI 49201-1028 |
| Taxpayer | SEE OWNER INFORMATION |

## Legal Description

W 1/2 OF LOT 2 BLK 10 STEWARD'S AMENDED ADD

## Tax History

| Year Season | Total Amount | Total Paid Last Paid | Total Due |
|---|---|---|---|
| 2025 Winter | $181.06 | $181.06 12/15/2025 | $0.00 |
| 2025 Summer | $800.11 | $800.11 11/10/2025 | $0.00 |
| 2024 Winter | $176.57 | $176.57 12/09/2024 | $0.00 |
| 2024 Summer | $785.72 | $785.72 08/27/2024 | $0.00 |
| 2023 Winter | $168.15 | $168.15 01/05/2024 | $0.00 |

How can I help you today?