# EXHIBIT N

CONFIDENTIAL

| Telephone Number Research Report | 517-962-3724 |
|---|---|

| Date: | 5/08/2026 | ███████ ███████ |
|---|---|---|
| ████ | ██████ | ███ ██████ |
| ████████ | █████████████ | |

███████ ████████████████████████████████████
███████████████████████████████████████████
████

██████

██████

### Client Provided Information

Phone Number:        **517-962-3724**

████

█████

████

█████████

██████████  

███████        ████ ██████

██████        ████████████████████

                ██████████

                ██████████

                ████

                █████████

                █████

1



CONFIDENTIAL

2



CONFIDENTIAL







3

CONFIDENTIAL



**Notes:**



| | Name | Phone Dates | |
|---|---|---|---|
| Name: | Rice, Lisa Ann | ██████████ | ██████████ |
| Address: | ████████████████ | | |
| Name: | Rice, Richard Eugene | ██████████ | ██████████ |
| Address: | ████████████████ | | |

4

CompliancePoint®
Litigation Support Services

CONFIDENTIAL





CONFIDENTIAL

Notice: The Public Records and commercial and proprietary data sources used to prepare this report have errors. Data is sometimes entered poorly and/or processed incorrectly and is generally not free from defect. This report should not be relied upon to be definitively accurate. Any data used in this report should be independently verified.

6

CompliancePoint®
*Litigation Support Services*