# EXHIBIT O

           



# Lisa Renfer-Rice (Lisa Renfer)

674 followers • 1.3K following

💬 Message    Add friend    🔍 Search    ⌄

📷 Digital creator

All    About    Reels    Photos    Friends    More ▾                    •••

## Personal details

🏠 From Jackson, Michigan

💗 Married to Dick Rice
Since June 8, 2004

⚭ Female

## Highlights



Case 1:26-cv-00374-TDS-LPA    Document 12-15    Filed 07/06/26    Page 2 of 2