# EXHIBIT P

          



 **Lisa Renfer Rice**
June 9, 2021 · 🌐

...

Our 17th anniversary picture
Love you very much **Dick Rice.**
Can't wait to see where the next journey brings us
Thank you **Lauren Fitch.** My bff for taking this picture for us. We love you

☐ 84　☐ 91　☐ 2　　　　　　　　　　　　　　　　　　　　👍❤️

Most relevant ▾

 **Linda Williams**
Happy Anniversary ❤️❤️

5y　Like　Reply　1 ❤️

⌐  Lisa Renfer-Rice replied · 2 Replies

 **Linaye Jones**
Happy Anniversary to you both!!!

5y　Like　Reply　1 ❤️

Case 1:26-cv-00374-TDS-LPA　　　Document 12-16　　　Filed 07/06/26　　　Page 2 of 2