# EXHIBIT Q

          





# Lisa Renfer-Rice (Lisa Renfer)

674 followers • 1.3K following

Message     Add friend     🔍 Search   ⌄

🖥 Digital creator

| All | About | Reels | Photos | **Friends** | More ▾ | ⋯ |

## Friends

🔍 annette

**Friends**    Hometown    Followers    Following

| **Annette Ostrander** Jackson, Michigan | Add friend | **Annette Osterander** | Add friend |

## Check-ins



Case 1:26-cv-00374-TDS-LPA     Document 12-17     Filed 07/06/26     Page 2 of 2