# EXHIBIT R

          



# Annette Ostrander

90 friends

Add friend    Message ▾

📍 Jackson, MI

All    About    Friends    Photos    Reels    More ▾    •••

## Personal details

📍 Lives in Jackson, Michigan

Family
Nick Alexander

◎ Female

## Friends

See all friends

Case 1:26-cv-00374-TDS-LPA    Document 12-18    Filed 07/06/26    Page 2 of 2