# EXHIBIT S

          



# Annette Ostrander

**90 friends**

Add friend     **Message**    ⌄

📍 **Jackson, MI**

All    About    **Friends**    Photos    Reels    More ▾                    •••

## Friends

🔍 lisa Re

**All friends**    Current city    Following

| Lisa Renfer Rice | Add friend |
|---|---|

## Photos

Case 1:26-cv-00374-TDS-LPA    Document 12-19    Filed 07/06/26    Page 2 of 2