# EXHIBIT T

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,

Plaintiff,

v.

**OVERBROOK LIFE LLC**,

Defendant.

**Case No. 1:26-cv-00374-TDS-LPA**

## <u>DECLARATION OF BLAINE BEICHLER</u>

Pursuant to 28 U.S.C. § 1746, I, Blaine Beichler, under penalty of perjury, declare as follows:

1. My name is Blaine Beichler. I am over the age of 18, and competent to make this declaration.

2. I am a resident of and perform my regular work duties in Florida (apart from any occasional business travel).

3. I am Head of Operations and Business Development for Overbrook Life LLC ("Overbrook"). As part of that role, I oversee Overbrook's outbound text messaging campaigns.

4. Overbrook is a North Carolina limited liability company that is headquartered in Florida.

5. Overbrook provides interested consumers with information concerning money-saving resources and promotional deals, and engages with consumers directly and

1

via certain third-party partners. For example, Overbrook partners with ScoredIt to receive contact information of consumers who consent to receive information and offers from ScoredIt and its third-party marketing partners, like Overbrook.

6. ScoredIt provides marketing and rewards to consumers in exchange for the consumers' participation in promotional deals, and connects consumers with other available promotional deals through its third-party marketing partners like Overbrook. ScoredIt secures its website visitors' consent to receive calls and text messages from it and its third-party marketers, including Overbrook.

7. As part of our marketing-partner relationship with ScoredIt, Overbrook reviews ScoredIt's consumer opt-in flows and Terms of Use ("Terms") before they are published, and ScoredIt is contractually required to inform us of any proposed changes to those opt-in flows or Terms before they are published.

8. In my position as Overbrook's Head of Operations and Business Development, I am responsible for reviewing ScoredIt's Terms before they are published and before any material changes are made, and regularly auditing its (i) compliance with its requirement to inform me of any changes, and (ii) use of the agreed-upon consumer opt-in flows and terms on its website. I review the site regularly to monitor for these issues.

9. Through my regular auditing of ScoredIt's consumer opt-in flows and Terms, I have regular access to and first-hand knowledge of ScoredIt's online sign-up process described below.

10.    On November 6, 2025, ScoredIt received the user of telephone number (517) 769-XXXX's agreement to its online Terms, and consent to receive marketing text messages from itself and its marketing partners, including Overbrook, which notice and data we receive in automated data transfers directly from ScoredIt in real time, and import into our CRM for our communications with the subscribers as those opt-in events occur.

11.    On November 6, 2025, Plaintiff, or another regular user of the telephone number (517) 769-XXXX, agreed to ScoredIt's Terms, among other contractual terms, and we began sending our text messages to (517) 769-XXXX moments later.

### ScoredIt's Sign-Up Process

12.    On November 6, 2025, a consumer could consent to receive marketing messages from ScoredIt and its marketing agents (including Overbrook) by doing the following:

13.    First, visiting the ScoredIt URL at issue here: try.i-scoredittoday.com.

14. Upon reaching that website, the consumer was presented with the following screen. That screen advertised the possibility of receiving a free item and allowed the consumer to continue by clicking "I'll Take It!"



4

15. After clicking "I'll Take It!," the consumer was presented with the following screen, which prompted the consumer to enter his or her zip code.



16.    To continue, the consumer had to enter his or her zip code and then click "Continue." If a consumer clicked "Continue" without having entered his or her zip code, the consumer would not be allowed to continue, as shown here:

17.     After clicking "Continue," the consumer was presented with the following screen, which prompted the consumer to enter his or her first and last name.

18. To continue, the consumer had to enter his or her first and last name and then click "Continue." If a consumer clicked "Continue" without having entered his or her first and last name, the consumer would not be allowed to continue, as shown here:

19. After providing their name and clicking "Continue," the consumer was presented with the following screen, which prompted the consumer to enter his or her email address.



20.     To continue, the consumer had to enter his or her email address and then click "Continue." If a consumer clicked "Continue" without having entered his or her email address, the consumer would not be allowed to continue, as shown here:

**Nice to meet you!**
We've got **free** items daily! What's your email?

E-mail:

Enter a valid Email Address

By clicking continue below, I consent to allow Scoredit's site, its owners and/or its subsidiaries and companies owned by the same legal entity as the parent company to use the data and information I provide. I understand that my consent is not required as a precondition for receiving any goods and/or services. Please review our Privacy Policy to understand how we use and share your data with others.

**Don't forget to double-check your email.**
**A valid email is needed to ship out your item.**

**Continue**

21. After clicking "Continue," the consumer was presented with the following screen. That screen prompted the consumer to select his or her date of birth and gender. The consumer could continue by clicking "Continue."



22. Upon the consumer selecting his or her date of birth and gender and then clicking "Continue," he or she was presented with the following opt-in page:

**Almost Done!**

Verify below to qualify for your **free** item.

**Phone:**

5555555555

☐ By selecting this box and clicking "Continue", I provide my E-SIGN signature and express written consent to receive calls and SMS text messages from Scored It and its marketing partners, Boundless Media, Coupon Cart Daily, Samples Network, The Free Sample Guide, Unified Marketing Partners, and its subsidiaries, the FHTA, National Health Advisors (regarding health insurance, life insurance, SSDI and other relevant products), and National Capital Advisors (regarding auto protection plans, debt solutions and other relevant products), Savings Partner Network and its Marketing Partners and Affiliates, as well as authorized third parties calling or messaging on their behalf, to individually contact me for marketing purposes at the number provided above. I understand these calls or texts may be generated using automated or pre-recorded technology, including auto-dialers and AI technology, and that my consent is not required as a precondition for receiving any goods or services. I understand that my consent applies and I will receive these calls or text messages even if my number is registered on a federal or state Do Not Call list. I agree to the shared Privacy Policy and Terms of Service(including dispute resolution via arbitration and waiver of class actions). I understand that I have the right to withdraw my consent at any time through any reasonable means. Reply HELP for help, or STOP to opt out. Standard message and data rates may apply. If you do not want to receive communication by phone, do not select the box or hit the Continue button.

**Continue**

12

23. That opt-in page prompted the consumer to enter his or her phone number.

24. Directly below the box where the customer could enter his or her telephone number, and above the "Continue" button, the opt-in page gave the consumer the option of checking a consent box that stated:

> **By selecting this box and clicking "Continue", I provide my E-SIGN signature and express written consent to receive calls and SMS text messages from** Scored It and its marketing partners, Boundless Media, Coupon Cart Daily, Samples Network, The Free Sample Guide, **Unified Marketing Partners, and its** subsidiaries, the FHTA, National Health Advisors (regarding health insurance, life insurance, SSDI and other relevant products), and National Capital Advisors (regarding auto protection plans, debt solutions and other relevant products), Savings Partner Network and its Marketing Partners and Affiliates, as well as authorized third parties calling or messaging on their behalf, **to individually contact me for marketing purposes at the number provided above**. I understand these calls or texts may be generated using automated or pre-recorded technology, including auto-dialers and AI technology, and that my consent is not required as a precondition for receiving any goods or services. I understand that my consent applies and I will receive these calls or text messages even if my number is registered on a federal or state Do Not Call list. **I agree to the shared** Privacy Policy **and** Terms of Service **(including dispute resolution via arbitration and waiver of class actions).** I understand that I have the right to withdraw my consent at any time through any reasonable means. Reply HELP for help, or STOP to opt out. Standard message and data rates may apply. If you do not want to receive communication by phone, do not select the box or hit the Continue button.

(emphasis added).

25.     To continue, the consumer had to enter his or her phone number and then click "Continue." If a consumer clicked "Continue" without having entered his or her phone number, the consumer would not be allowed to continue. But the consumer did not have to check the consent box to continue.

## Almost Done!

Verify below to qualify for your **free** item.

**Phone:**

Enter your Phone Number to receive free offers

☐ By selecting this box and clicking "Continue", I provide my E-SIGN signature and express written consent to receive calls and SMS text messages from Scored It and its marketing partners, Boundless Media, Coupon Cart Daily, Samples Network, The Free Sample Guide, Unified Marketing Partners, and its subsidiaries, the FHTA, National Health Advisors (regarding health insurance, life insurance, SSDI and other relevant products), and National Capital Advisors (regarding auto protection plans, debt solutions and other relevant products), Savings Partner Network and its Marketing Partners and Affiliates, as well as authorized third parties calling or messaging on their behalf, to individually contact me for marketing purposes at the number provided above. I understand these calls or texts may be generated using automated or pre-recorded technology, including auto-dialers and AI technology, and that my consent is not required as a precondition for receiving any goods or services. I understand that my consent applies and I will receive these calls or text messages even if my number is registered on a federal or state Do Not Call list. I agree to the shared Privacy Policy and Terms of Service (including dispute resolution via arbitration and waiver of class actions). I understand that I have the right to withdraw my consent at any time through any reasonable means. Reply HELP for help, or STOP to opt out. Standard message and data rates may apply. If you do not want to receive communication by phone, do not select the box or hit the Continue button.

**Continue**

14

26. The "subsidiaries" term in the consent-box language, which was blue and hyperlinked, was a hyperlink to the following page, which lists Overbrook as one of Unified Marketing Partners' subsidiaries and states the "mandatory arbitration" and "waiver of class action lawsuits" terms in bold text were among those that "you agree that the below listed entities may enforce … against you," as follows:

### Subsidiary Hyperlink - Unified Marketing Partners

By providing your consent on the source page ("Source Page") of this hyperlinked page, you consent to receive marketing and other SMS texts or calls from the entities provided within the Source Page as well as the below listed entities, and parties calling/messaging on their behalf, until you revoke consent. You understand that texts may be generated using an autodialer even if the provided number is on a national or state "Do-Not-Call" registry, until you withdraw consent, which can be done at any time. The timing of contact (calls/texts) is based on several factors, including but not limited to, the time you submit consent on the Source Page, your provided area code, and/or your mailing address. By providing your consent on the Source Page, you acknowledge that contact may occur outside of the state or federal dialing times. Finally, you acknowledge that the Terms and Conditions and/or Privacy Policy contain provisions for **mandatory arbitration** and **waiver of class action lawsuits** for resolving disputes and, by providing your consent on the Source Page, you agree that the below listed entities may enforce the Terms and Conditions and Privacy Policy, including the above-referenced provisions, against you.

| | | | |
|---|---|---|---|
| ABA / American Benefit Alliance | ACTIVE / The Active Source | ALRTZ / AlertzPro | AMH / American Heartland |
| Aura / Aurora Health | AWT / All Work Travel | BEME / United Benefits Partners | BLU / The Blue Gardens |
| BudgetPS / Budget Pal Solutions | CoastLife / Coastal Advantage Marketing | CC7 / Cyber Cloud Seven | CCPN / Christian Community Partners |
| DigPen / Digital Penny Pincher | DIET / Diet Advisor | DLPro / Diet Life Pro | DietFix / On Track Diet |
| Direct / Why Direct | EBOOM / Merica Boom | ECO / Go EcoGeek | EPO / Expecting Parents |
| EPRO / Excellence Forward | ETHOS / Just Ethos | Famaid / My Family Aid | GEO / Main Street Geo |
| Home / Heavenly Home | HOAA / Homeowners Angels | HomeAlert / Homeowners Base | HomeHelp / Home Helpers United |
| HSA / Housing Relief | InTouch / InTouch Studios | JET / Jet Quick | LCR / Local Consumer Reach |
| LMS / Living Meadows | LyfeOG / Lyfe Off Grid | MPA / Maple Work Aid | NHA / Nutra Health Connect |
| NVE / Nouveau Essentials Marketing | OBL / Overbrook Life | PRO / PrimeTime | QUICK / Quick Space Now |
| RBEE / Red Bee | SATO / Satellite Me | SOLVE / Solve Vision | SPN / Select Preferred Network |
| TechSent / Tech Sentinel | TEXTR / Textr Online | TRIBE / Phoenix Tribe | TRN / True North |
| ZIP / Zip Zip Zipper | UMM / United Mommas | Vida / Better Vida | VSPT / Veteran Support Partners |
| YAN / Your Advantage Marketing | | | |

*Note: Each of the names in the above list contain both the name of the entity (as shown after the forward slash) as well as the business' short name (as shown before the forward slash). Due to capacity restrictions, SMS messaging will contain only the business' short name.

27. That page specifically states that the consumer acknowledges

> that the Terms and Conditions and/or Privacy Policy contain provisions for **mandatory arbitration** and **waiver of class action lawsuits** for resolving disputes and, by providing [his or her] consent on the Source Page, [the consumer] agree[s] that the below listed entities may enforce the Terms and Conditions and Privacy Policy, including the above-referenced provisions, against you.

28. As shown above in Paragraphs 20, 22, and 23, that opt-in page included a link to ScoredIt's "Terms of Service" in blue, hyperlinked text, and was immediately followed by a clause stating "including dispute resolution via arbitration and waiver of

15

class actions." ScoredIt's Terms were last updated July 30, 2025. A true and correct copy of ScoredIt's Terms is attached hereto as **Exhibit A**.

29.     That opt-in page shows that a consumer, by (a) entering his or her phone number, (b) checking the consent box, and then (c) clicking "Continue," was opting in to receive texts messages from ScoredIt and its marketing partners, which include Overbrook, and was agreeing to the Terms, including mandatory arbitration and a waiver of class action lawsuits.

16

30. After taking those three steps—entering one's phone number, checking the box next to the agreement terms, and then clicking "Continue"—the consumer was presented with the following screen. That screen prompted the consumer to enter his or her address. The consumer could continue by clicking "Submit."

31.    To continue, the consumer had to enter his or her address and then click "Submit." If a consumer clicked "Submit" without having entered his or her address, the consumer would not be allowed to continue, as shown here:



**ScoredIt's Terms**

32.    By entering his or her phone number on the opt-in page, checking the consent box, and clicking "Continue," a consumer agrees to the Terms, including mandatory arbitration and class action waiver. The Terms could be immediately accessed and reviewed by clicking on the blue, hyperlinked phrase "Terms of Service" on the opt-in page, which would take the consumer directly to a copy of the Terms. The Terms were also accessible at the bottom of every page of the sign-up process.

33.    The consumer was notified, in capitalized lettering on the first page of the Terms, that the Terms contained an agreement to arbitrate claims against ScoredIt and its marketing partners, as well as a class-action waiver. *See* Ex. A at 1. The notice stated the following: "YOU AGREE TO MANDATORY ARBITRATION AND WAIVER OF THE ABILITY TO BRING A CLAIM IN A CLASS ACTION FORMAT." *Id.*

34.    The binding arbitration section of the Terms stated as follows:

> By using our Site, you agree that **any disputes will be resolved in a prompt and cost-effective manner through binding arbitration rather than in court**. . . . **All disputes or claims arising out of or relating to these Terms of Service or your use of the Site must be resolved by final and binding arbitration**. The arbitration will be administered by the American Arbitration Association (AAA) in accordance with its applicable rules and procedures (including the AAA's Commercial Arbitration Rules), and not in a court of law. The decision of the arbitrator will be final and may be entered as a judgment in any court of competent jurisdiction.

*Id.* at 15 (emphasis added).

35.    The class action waiver section of the Terms states as follows:

> **All claims must be brought on an individual basis. Neither you nor Us shall be entitled to join or consolidate disputes by or against others, or**

19

**pursue any claim as a class action, collective action, or in a private attorney-general capacity in arbitration or in any other forum**. The arbitrator shall not have authority to conduct any class or collective arbitration or to join or consolidate the claims of multiple parties. **By agreeing to this Terms of Service, You and Us waive any right to a jury trial and waive the ability to participate in a class action or class arbitration for any dispute covered by this arbitration agreement**.

*Id*. (emphasis added).

36.     The Terms provide that "'Our Companies'[] can claim any rights under" the Terms. *Id*. at 12.  The Terms define "Our Companies" as ScoredIt's "unaffiliated companies, assigns, and brands that are owned by, licensed by, and/or partnering with Scoredt[,]" such as Overbrook. *Id*. at 2.

37.     Again, as noted above in Paragraph 25, the link to the blue hyperlinked Unified Marketing Partners' "subsidiaries" page provides that "the Terms [] contain provisions for **mandatory arbitration** and **waiver of class action lawsuits** for resolving disputes and, by providing your consent on the Source Page, you agree that the below listed entities may enforce the Terms and Conditions and Privacy Policy, including the above-referenced provisions, against you."

38.     To recap, for a consumer to consent to receive marketing text messages from ScoredIt and its marketing partners (which include Overbrook) and agree to the Terms, he or she had to provide his or her zip code, first and last name, email address, date of birth, gender, and phone number, check a consent box, and then click "Continue."

20

39. On November 6 2025, Plaintiff, or another regular user of (517) 769-XXXX, completed ScoredIt's sign-up process described above, including consenting to receive text messages and calls from Overbrook, and agreeing to the Terms.

40. Specifically, on November 6, 2025, Plaintiff, or another regular user of (517) 769-XXXX, visited try.i-scoredittoday.com and (1) clicked "I'll Take It!", (2) entered his or her zip code, (3) entered his or her first and last name, (4) entered his or her email address, (5) selected his or her date of birth and gender, (6) entered his or her telephone number, (7) checked a consent box, and (8) clicked "Continue," thereby opting in to receive marketing text messages from ScoredIt and its marketing agents, which include Overbrook and agreeing to the Terms.

41. As part of the opt-in process, Plaintiff, or another regular user of (517) 769-XXXX, entered the following information (with certain personally identifying information substituted below with "X"s for purposes of this public filing):

    (a) first name: Annette;

    (b) last name: Ostrander;

    (c) a Jackson, MI address, with a zip code of 49201;

    (e) date of birth: XX/XX/1959;

    (f) email address: XXXXXXXXX@gmail.com; and

    (g) phone number: (517) 769-XXXX.

42.     This type of data is regularly captured in real time by ScoredIt and conveyed to Overbrook, also in real time, which occurred with the opt-in data here, and which we maintain in the ordinary course of business. I routinely access and use this type of information in the ordinary course of my job responsibilities for Overbrook.

43.     Neither Plaintiff nor anyone else claiming to be the user of (517) 769-XXXX has opted out of the arbitration provision of the Terms.

44.     After Plaintiff, or another regular user of (517) 769-XXXX, completed ScoredIt's sign-up process, and Overbrook was notified of such consent, Overbrook promptly sent text messages to (517) 769-XXXX from Florida, beginning with a welcome message shortly after this opt-in on November 6, 2025.

45.     After receiving Plaintiff's, or another user of (517) 769-XXXX's, consent to the Terms and to receive text messages, Overbrook sent one text message a day from Florida to (517) 769-XXXX until November 19, 2025. Overbrook has not sent any further messages to that telephone number since November 19, 2025.

46.     Overbrook's records relating to opt-ins and outbound text messages are stored digitally and are not regularly maintained in a physical form, and, as noted above, my operations team and I are based in Florida, where we manage our daily operations, including the receipt of consumer opt-ins and our text message communications with our consenting parties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of July 2026.

_____
BLAINE BEICHLER

# EXHIBIT A



☰  Main Menu



# Terms of Use

These Terms of Use are effective as of July 30th, 2025.

Welcome to ScoredIt's website, owned and operated by ScoredIt ("Scored It", "we", "us" and "our"). Please read the following Terms of Use as they, together with all the other Terms and Conditions referred to below, govern your access and use of our Site.

I. INTRODUCTION

a. Acceptance Of The Terms Of Use

THESE TERMS OF USE DESCRIBE YOUR LEGAL RIGHTS AND RESPONSIBILITIES, AND BY USING THE SITE, YOU ACCEPT AND AGREE TO BE BOUND AND ABIDE BY THESE TERMS OF USE AND OUR PRIVACY POLICY, WHICH IS INCORPORATED HEREIN BY REFERENCE. THESE TERMS OF USE FORM A LEGAL AGREEMENT BETWEEN YOU AND US REGARDING YOUR USE OF THE SITE ALONG WITH THE RELATED SERVICES, FEATURES, CONTENT AND OFFERS PROVIDED ON THE SITE. YOU AGREE TO MANDATORY ARBITRATION AND WAIVER OF THE ABILITY TO BRING A CLAIM IN A CLASS ACTION FORMAT.

IF FOR ANY REASON, YOU ARE UNABLE OR UNWILLING TO AGREE TO ALL OUR TERMS OF USE, PLEASE IMMEDIATELY STOP USING OR ATTEMPTING TO USE OUR SITE, BECAUSE IF YOU USE OR CONTINUE THE SITE,

YOU WILL BE AGREEING TO EVERYTHING IN OUR TERMS OF USE AS A CONDITION OF SUCH USE.

YOU AGREE THAT BY USING OUR SITE YOU REPRESENT THAT YOU ARE AT LEAST 18 YEARS OLD AND THAT YOU ARE LEGALLY ABLE TO ENTER INTO THIS AGREEMENT.

Our Site is not directed at children under 13, and we do not knowingly collect personal information from anyone under 13. If we become aware that a user under 13 has provided personal data, we will delete it.

When you see the word "use" or "using" in connection with our Site or us in these Terms of Use, it means and refers to any time you, directly or indirectly, with or without a device, attempt to or actually do access, interact, utilize, display, view, browse, visit, print or copy, transmit, receive or exchange data, upload, download, post or otherwise submit any message, posting, material or content or you otherwise communicate, including with another user or anyone else. We will also consider you to be using our Site if you utilize, benefit from, take advantage of or interact with any feature, function, service, activity, promotion or content in, on or available through our Site, for any purpose. Also, when we use the term "including" it means "including, without limitation" or "including, but not limited to" and construed as inclusive and illustrative and not exclusive or limiting.

We may refer to you or any individual that uses our Site as "you" or "your" or a "user." If we use the term "Our Companies," in addition to us, that term means and includes our agents, representatives, subsidiaries, affiliated companies, select unaffiliated companies, assigns, and brands that are owned by, licensed by, and/or partnering with ScoredIt.

When we use the term "Site" we mean all website(s) or online solution functionality or services offered through the individual URL or Internet address locations, sites and pages within the scoredit.com domain (including all backups, mirror, replacement and substitutes). Unless otherwise noted, when we use the term "Site," we are including all the content, text, information, images, graphics, postings, files, documents, multimedia materials, software, code, data, logos, brands, service and trademarks, the "look and feel", as well as the selection and arrangement of items, all copyrightable or otherwise legally protectable items and elements and all of the various features, functions and services in, on or associated with our Site and we will use the term "Content" when we refer to them separately. When we use the term "Services" we mean any services provided as an online functionality or feature of the Site.

These Terms of Use include our Privacy Policy and any other terms we disclose or notify you of when you use or attempt to use our Site ("Additional Terms") all of which are incorporated by reference and form a part of our Terms of Use for all purposes. In the event of a conflict, these Terms of Use shall control although the Additional Terms may govern use of particular products, solutions, or services. To make reading and understanding your Agreement with us easier, we will use the expression "Terms of Use" to mean and refer to this document, as well as our Privacy Policy and any Additional Terms that apply to you.

By using our Site you are acknowledging you have read, understand and accept as binding, all of the rights and obligations, terms and conditions in our Terms of Use which constitute the legal Agreement you have with us. You understand and agree that you use our Site and any goods or content obtained through it at your own risk. If you do not agree with, cannot comply with or are unwilling to accept our Terms of Use, please discontinue your use of our Site immediately because continued use shall constitute acceptance of these Terms of Use.

b. **Our Privacy Policy**

Your privacy is important to us. We have developed a Privacy Policy in order to inform you of how we collect and use information we obtain from you. All information we collect on the Site is subject to our Privacy Policy, and our Privacy Policy is incorporated into and is a part of these Terms of Use.

### c. We Can Change Our Terms Of Use And Site

We reserve the right, at any time, to add to, delete or modify our Terms of Use, as well as all or any part of our Site in our sole discretion. We will notify you of changes to our Terms of Use by posting the new Terms of Use on this website, or by sending you a notice via e-mail. Your continued use of the Site following the posting of revised Terms of Use means that you accept and agree to the changes. The date at the top of the Site indicates when these Terms of User were last updated. You agree to review these Terms of Use and other online policies posted on our Site periodically to be aware of any revisions.

## II. USE OF THE SITE

### a. This Site Is For United States Use Only

This Site is intended solely for American consumers, and any use by individuals outside the United States is strictly prohibited. We do not represent that any of the materials or services accessible through this Site are available or appropriate for use outside the United States. Accessing the Site from territories where its content is illegal or restricted is forbidden. If you choose to access the Site from outside the United States, you do so at your own risk and are responsible for complying with all applicable laws, rules, and regulations. Offers on this Site cannot be redeemed by non-US residents or individuals not living in the United States.

### b. No Partnership Or Employment

Using our site does not create any partnership, joint venture, employer-employee, or agency relationship between you and ScoredIt. You are simply a user of our services, not a representative or partner of ScoredIt in any way.

### c. Accessibility

We want everyone, including people with disabilities, to be able to use our Site. We work to follow best practices and laws that help make our site easy to use for all. However, if you have trouble using our Site because of an accessibility issue, please contact us. We appreciate your feedback and will do our best to fix the issue.

## III. USER RESPONSIBILITIES AND USER CONTENT

### a. Accurate Information

When using ScoredIt, you must provide truthful, up-to-date information, such as a valid email, your own phone number, and accurate personal details. You are responsible for keeping this information current. If you provide false or outdated details, you may be held responsible for any issues that arise. You also agree to indemnify ScoredIt for any harm or legal claims caused by misuse of the site or false information.

### b. Account Security And Responsibility

You are responsible for keeping your email address credentials (such as your password) confidential. Do not share your details with anyone. You are liable for all activity that occurs under your email address, whether or not you authorized it.

We are not responsible for any loss or damage resulting from unauthorized use of your email address, especially if it was compromised due to your failure to safeguard your credentials. If you suspect unauthorized access, you must notify us immediately.

### c. Rules Of Conduct

You agree to use or access the Site or the Service only for lawful purposes and in accordance with these Terms of Use.

You may never use, allow or enable others to use our Site or knowingly condone use of our Site to do or attempt to:

- Violate any applicable federal or state laws, regulations, judicial or governmental order, treaties or our rights or the rights of any other person, firm, or enterprise;
- Engage in conduct which is or could be considered libelous, defamatory, indecent, vulgar, obscene, pornographic, sexually explicit or sexually suggestive, racially or ethically offensive, harmful, harassing, intimidating, threatening, hateful, objectionable, discriminatory, or abusive;
- Impersonate or attempt to impersonate ScoredIt, ScoredIt's employees, or any other person, firm, or enterprise;
- Use the Site for posting or otherwise using malicious or unauthorized code (e.g. viruses, time bombs, cancel bots, worms, Trojan horses, spyware) or other potentially harmful material or information which in any way might interrupt, damage, interfere with, destroy, or limit the functionality of any computer software or hardware or communication equipment;
- Violate, or attempt to violate any security features of the Site or Service;
- Attempt to modify, reverse engineer, decompile, disassemble, or otherwise reduce or attempt to reduce any of the source code that we use in providing the Site or Service to a human-perceivable form;
- Collect, obtain, compile, gather, transmit, reproduce, delete, revise, view, or display any material or information, whether personally identifiable or not, submitted, provided, or made available by or concerning any other person, firm, or enterprise;
- Advocate or encourage conduct that could constitute a criminal offense, give rise to civil liability, or otherwise violate any applicable local, state, national, or foreign law or regulation.
- Attempt to gain unauthorized access to, interfere with, damage, or disrupt any parts of the Site, the server on which the Site is stored, or any server, computer or database connected to the Site;
- Otherwise attempt to interfere with the proper working of the Site.
- Send unlawful communications. If you choose to share our Offers and/or content, you accept that the recipients have given you permission to contact them. You may not use the service to send unsolicited messages (spam) or engage in any communication that violates applicable laws.

Each user may only have **one** account. You may not create multiple accounts, use false information, or attempt any tricks to bypass offer limits or obtain more than the allowed number of offers. Any attempt to manipulate the system or break the Rules of Conduct is a serious violation of these terms and we may terminate or ban your account on this and any related websites. We also reserve the right to take any other legal action available to us.

We intend to cooperate fully with any law enforcement officials or agencies in the investigation of any violation of these Terms of Use or of any applicable laws. Any violation of system or network security may subject you to civil and/or criminal liability.

### d. Posting And Submitting User Content

Our Site may allow you to register, create a profile or account and enable you to submit, provide, furnish, transmit, exchange, communicate and/or display to other users (referred to as Posting") content or materials (collectively, "User Content"). By Posting, you represent that you own or have the right to engage in or submit, display or use the User Content and you specifically agree your User Content shall not violate any law or regulation, our Terms of Use or the rights of others.

We have no obligation, nor do we verify, review for accuracy, completeness or otherwise, any User Content. We also have no obligation to monitor or continue to monitor your use of the Site or your User Content, but we reserve the right to do so and to confirm and request confirmation of any information you submit to us or on our Website, at any time for any reason or no reason at all. We do not endorse User Content, nor do we screen them. We also reserve the right to delete any user-posted content that violates these Terms, at our discretion.

Your User Content and/or your account are your responsibility, although we ask that you notify us if you know or suspect the security of your user identification, log-in and password may have been compromised so that we can take responsive action. But, in general, you are solely responsible for activities undertaken through your registration, profile, user account or login identification or password and you will defend and indemnify us (see the Section entitled "You Indemnify Us") for any User Content submitted, displayed, use, or transferred under the foregoing. In accordance with the foregoing, if you suspect that your log-in identification or password may have been compromised, please notify us immediately at support@scoredit.com.

### e. Feedback And Submissions

ScoredIt welcomes your feedback and suggestions about ScoredIt's programs or services or with respect to how to improve the Site. By transmitting any suggestions, information, material, or other content (collectively, "feedback") to ScoredIt, you represent and warrant that such feedback does not infringe or violate the intellectual property or proprietary rights of any third party (including, without limitation, patents, copyrights, or trademark rights) and that you have all rights necessary to convey to ScoredIt and enable ScoredIt to use such feedback. In addition, any feedback received through the Site will be deemed to include a royalty-free, perpetual, irrevocable, transferable, non-exclusive right and license for ScoredIt to adopt, publish, reproduce, disseminate, transmit, distribute, copy, use, create derivative works, and display (in whole or in part) worldwide, or act on such feedback without additional approval or consideration, in any form, media, or technology now known or later developed for the full term of any rights that may exist in such content, and you hereby waive any claim to the contrary.

### f. Our Right To User Content

User Content will be considered non-confidential and non-proprietary and may be used by our affiliates, Our Companies, or ScoredIt. Content that is yours, remains yours and neither our Terms of Use, nor your use of our Site is intended to deprive you or anyone of any existing rights to Content. By posting, downloading, displaying, performing, transmitting, or otherwise distributing Content to ScoredIt or the Site, you are:

- Giving us a non-exclusive, irrevocable, unconditional, transferable, perpetual, worldwide, royalty free license and right to use, display, reproduce, perform, adapt, translate, modify, create derivative works from, publish, distribute, disseminate and broadcast the User Content in connection with your use of the Site without additional accounting to you or notifying you in any way; and
- Representing and warranting to us you have the right to submit the User Content and grant the rights and license described above.

If anyone else has or may have rights to the User Content you are submitting, it is your responsibility to find out and obtain whatever agreements, licenses and rights you need from them to do so, because if and when you submit Content to us, you will be solely responsible and liable and you will defend and indemnify us (See the Section entitled "You Indemnify Us").

## IV. OFFERS

### a. Offer Redeeming Terms

From time to time we may distribute deals, sweepstakes, contests, freebies, samples or other similar promotions (collectively, "Offers"). The availability of the Offers may vary based on location and timing. Promotions vary and may require you to submit information about yourself to us. Each Promotion has its own Terms and Conditions, which govern your participation in the Promotion. You must read and agree to these separate Terms and Conditions before entering into any such Promotion, and they are incorporated here by reference.

NO PURCHASE OR PAYMENT OF ANY KIND IS NECESSARY TO RECEIVE A FREE SAMPLE.

By redeeming your free sample, you accept and agree to be bound by these Terms and Conditions, as they apply to your redemption of the free sample offered by ScoredIt (the "Offer").

**THE OFFER**: The Offer will vary based on product availability and based on the sample you choose, however, it will most often consist of a trial size or sample size of a particular product. The offer is available to you for your personal use only.  You may not sell any of the samples sent to you by ScoredIt.

**TO REDEEM:**  If a sample is available for redemption, you must complete the online offer form with your complete mailing address and contact information.  Check the box next to the submit screen to indicate your agreement to these Terms and Conditions.  The Offer will be mailed to the mailing address specified on the online offer form. Please allow between six to eight weeks from the date of submission of your completed online offer form for delivery.  Should you fail to complete the online offer form, ScoredIt will not ship your Offer. ScoredIt reserves the right to substitute a similar Offer for the one that you have requested. If you are eligible to receive a Tango Card Reward Link, you must redeem it within five (5) days from the time of issuance. Unredeemed cards will be automatically cancelled before the end of the fifth day.

**GENERAL CONDITIONS**: This Offer is only open to legal residents of the United States, 18 years of age or older, and is void outside of the United States and where restricted or prohibited by law.  Only one (1) Offer may be redeemed per household, and only one (1) time per month.  This Offer is not transferable and cannot be redeemed for cash.  Each Offer is provided "as is" with no warranty or guarantee by ScoredIt. Furthermore, tokens used to redeem an Offer are only valid for 30 days from the date of issuance, thus requests for redemption that extend this time will be denied. ScoredIt reserves the right, in its sole discretion, to determine that a person is not eligible for the Offer for any reason,

including, but not limited to, an incomplete form, suspected fraud, or breach of these Terms and Conditions. ScoredIt also reserves the right, in its sole discretion, to terminate the Offer at any time, for any reason.

**ADMINISTRATOR**: The Administrator of the Free Sample Offer is Tibrio LLC d/b/a ScoredIt, 3131 West Bolt Street Unit A19, Fort Worth, TX 76110 This Offer is not endorsed, sponsored, administered by, or associated with the any of the companies or entities from which the Offer may be derived. Any reference you may see relating to any products or samples by their trade name, trademark, supplier, or manufacturer does not imply or constitute endorsement or sponsorship by such entities.  All trademarks, product names, or logos referred to within the offer are the property of their respective owners.

## b. Informational Content Only

Any content on the Site, including product descriptions, blog posts, savings tips or any other content, is for informational purposes only. Nothing on our Site should be considered medical, legal, financial, or professional advice. Do not rely on any content as a substitute for expert guidance. We are not responsible for any decisions you make based on the information provided on our Site.

## V. COMMUNICATIONS

## a. Consent To Communications

By using our Site, you agree to receive transactional, informational, and marketing communications from Us and Associated entities. These messages may be sent via email, phone calls, or text messages, including those using an automatic dialing system or pre-recorded messages. Standard message and data rates may apply.

Opting Out:

- You can opt out of marketing emails by clicking the "unsubscribe" link in any email.
- You can opt out of text messages by replying "STOP" or contacting our support team.

We will respect and comply with any opt-out or do-not-contact request. For further questions, please visit our Privacy Policy.

## b. Screen Recording & Compliance Evidence Clause

We utilize specialized compliance tools to document user consents. By using our services and opting in to any offers or communications, you acknowledge and agree to the following:

a. Recorded Opt-In Consent: All your opt-in actions on our platform are recorded using Our compliance tools, including visual playbacks, system logs, and time-stamped records. These visual playbacks are collected to document your affirmative consent and to comply with applicable laws and regulations.

You acknowledge that in some cases a visual playback may not be created due to technical limitations or circumstances beyond Our control (for example, incompatibility with certain devices or browser settings, network issues, or other technological constraints). We will keep internal records documenting instances where a visual playback could not be generated for such technical reasons. If a visual playback is missing due to documented

technical limitations, its absence shall not be construed as an absence of your consent. We can affirmatively demonstrate when and why a visual playback was not made, and you agree that this explanation, coupled with other compliance records, is sufficient to validate your consent in those instances.

b. Waiver of Lack-of-Consent Claim: If We produce a visual playback or similar record showing that you opted in, you agree not to dispute or deny that you gave consent. In such cases, and to the extent permitted by law, you waive any right to claim that you did not consent to the offer or communication in question.

c. Conclusive Proof of Consent: Our compliance records — including but not limited to visual playbacks, screenshots, logs, and timestamps of your opt-in — will serve as conclusive proof that you provided the required consent, unless you present clear and convincing evidence that the records are erroneous or fraudulent. In other words, the burden is on you to prove with high certainty that you did not consent if our records indicate otherwise.

d. Third-Party Advertiser Coverage: This clause extends to any third-party advertisers or partners who obtain your consent using Our platform and compliance tools. Any consent you give to a third-party offer through our Site is recorded in the same manner and carries the same evidentiary weight. Those third parties are entitled to rely on Our visual playback proof of your consent, and the above waiver and "conclusive proof" terms apply equally to any dispute between you and such partners regarding your consent.

e. User Acknowledgment: You acknowledge that you have been informed your opt-in will be stored in a visual playback format, and you agree that these records may be used by Us (and its advertising partners, if applicable) as evidence if a dispute arises about your consent. This acknowledgement is intended to deter baseless or opportunistic lawsuits by ensuring that verifiable records of your consent will be recognized and enforced in any legal or compliance proceedings.

*This Visual Playback & Compliance Evidence Clause is part of Our Terms of Use. By continuing to use our site or services, you indicate that you have read, understood, and agreed to this clause. It is meant to be legally enforceable to the fullest extent permitted by law, preserving our right (and the rights of our Associated Entities) to uphold your consent as valid and binding.*

c. **Regulatory Compliance Clause**

We are fully committed to complying with all laws regulating marketing communications and consumer protection. This includes strict adherence to the Telephone Consumer Protection Act (TCPA), the CAN-SPAM Act, and any other federal or state laws and regulations governing marketing calls, text messages, and emails.

　　1. Proactive Compliance Measure

To implement this commitment, We have adopted robust compliance measures, including:

a. Obtaining Prior Consent: We require and document your express consent before sending any marketing text message, call, or email. You must affirmatively opt in (for example, by checking a consent box or providing your contact information for a specified purpose) prior to receiving promotional communications from us.

b. Opt-Out Procedures: We provide clear and easy ways for you to opt out of future communications. This includes "unsubscribe" links in emails and instructions (such as replying "STOP" or "BYE") to halt text messages. We promptly

honor all opt-out requests and maintain an internal do-not-contact list to prevent further unsolicited messages.

c. Record-Keeping: We maintain detailed records of your consent and communication preferences. We log timestamps, IP addresses, and the context in which you provided consent (e.g. online forms or sign-up pages). We also retain records of any opt-out or revocation requests to ensure compliance with your choices.

d. Third-Party Monitoring: We utilize third-party compliance monitoring tools and regularly audit our practices to ensure they meet or exceed legal standards. Our systems are routinely checked and updated for TCPA, CAN-SPAM, and other regulatory compliance, and we train our staff on the proper procedures to safeguard your rights.

2. User Acknowledgment and Waiver of Compliance Claims

By using our services or providing your contact information, you acknowledge Our proactive compliance efforts as outlined above. Accordingly, to the fullest extent permitted by law, you agree not to bring any claim, lawsuit, or proceeding against Us based on any perceived or alleged violation of the TCPA, CAN-SPAM, or similar consumer protection laws unless you have first provided Us notice of the issue and a reasonable opportunity to correct it (as described below). If We remedy the issue within the provided timeframe, you waive any right to pursue that compliance-related claim or seek damages arising from it.

3. Notice and Opportunity to Cure

To prevent frivolous or premature complaints, you agree to give Us a chance to investigate and address any compliance concerns before taking further action. In particular, before you initiate any claim or legal action regarding an alleged regulatory violation by Us, you must send us a detailed written notice describing the issue. This notice should include information such as the communication you received (with date and content or number/email used) and the reason you believe it violates applicable law.

Upon receiving your notice, We shall have 30 (thirty) days to investigate the matter and, if necessary, correct any compliance problem. You agree not to initiate any chargeback, complaint, or lawsuit during this 30-day cure period. If We respond and resolve the issue within this timeframe, you will not pursue the claim further. Only if We fail to respond or adequately resolve the issue within 30 (thirty) days may you proceed with formal claims or legal remedies, and any action taken without providing the required notice and cure period will be considered premature and barred by this agreement.

Further, where you opt in to receive communications from third-party advertisers through Tibrio's properties, you acknowledge that a screen recording of your opt-in may be used as evidence of your consent to receive such communications. However, Tibrio does not control or guarantee the compliance practices of third-party advertisers, and this clause does not waive your right to challenge whether a third party complied with applicable laws in sending communications.

d. Mobile Services

The Site may offer certain tools or services that are available to you via your mobile phone or other mobile device (collectively, "Mobile Services"). Please note that your mobile carrier's normal messaging, data, and other rates and fees will apply to your use of the Mobile Services. In addition, downloading, installing, or using certain Mobile Services may be prohibited or restricted by your mobile carrier, and not all Mobile Services may work with all carriers or

devices. Therefore, you are responsible for checking with your mobile carrier to determine if the Mobile Services are available for your mobile devices, what restrictions, if any, may be applicable to your use of the Mobile Services, and how much they will cost you. Nevertheless, all use of the Site and its Mobile Services shall be in accordance with our Terms of Use.

e. Mobile Program Terms Of Service

The ScoredIt mobile message service (the "Service") is operated by ScoredIt ("ScoredIt ", "we", or "us"). Your use of the Service constitutes your agreement to these terms and conditions ("Mobile Terms"). We may modify or cancel the Service or any of its features without notice. We may also modify these Mobile Terms at any time and your continued use of the Service following the effective date of any such changes shall constitute your acceptance of such changes.

We do not charge for the Service, but you are responsible for all charges and fees associated with text messaging imposed by your wireless provider. Message and data rates may apply.

Text messages may be sent using an automatic telephone dialing system or other technology. Your consent to receive autodialed marketing text messages is not required as a condition of purchasing any goods or services. If you have opted in, the Service provides promotions, specials, and other marketing offers from ScoredIt via text messages through your wireless provider to the mobile number you provided. Message frequency varies. Text the single keyword command STOP to cancel at any time. You'll receive a one-time opt-out confirmation text message. For Service support or assistance, text HELP or email support@scoredit.com

We may change any short code or telephone number we use to operate the Service at any time and will notify you of these changes. You acknowledge that any messages, including any STOP or HELP requests, you send to a short code or telephone number we have changed may not be received and we will not be responsible for honoring requests made in such messages.

The wireless carriers supported by the Service are not liable for delayed or undelivered messages. You agree to provide us with a valid mobile number. You agree to maintain accurate, complete, and up-to-date information with us related to your receipt of messages, including, without limitation, notifying us immediately if you change your mobile number.

You agree to indemnify, defend, and hold us harmless from any third-party claims, liability, damages or costs arising from your use of the Service or from you providing us with a phone number that is not your own.

You agree that we will not be liable for failed, delayed, or misdirected delivery of any information sent through the Service, any errors in such information, and/or any action you may or may not take in reliance on the information or Service.

VI. LEGAL TERMS

a. Copyright Infringement

On notice, we will act expeditiously to remove Content that infringes the copyright rights of others and we will use reasonable efforts to disable use of our Site by anyone who repeatedly infringes the rights of others. If you believe our

Site contains elements that infringe any copyright of yours or anyone else's, please follow the procedures set forth below in our Notice and Procedure for Making Claims of Copyright Infringement.

b. Notice And Procedure For Making Claims Of Copyright Infringement

ScoredIt has adopted the following procedure regarding copyright infringement in accordance with the Digital Millennium Copyright Act ("DMCA"), the text of which is located at http://www.copyright.gov/legislation/dmca.pdf.

THE FOLLOWING INFORMATION IS SOLELY FOR NOTIFYING US THAT YOUR COPYRIGHTED MATERIAL MAY HAVE BEEN INFRINGED. DO NOT SEND ANY INQUIRIES UNRELATED TO COPYRIGHT INFRINGEMENT (e.g., REQUESTS FOR TECHNICAL ASSISTANCE OR CUSTOMER SERVICE, REPORTS OF E-MAIL ABUSE) TO THE CONTACT LISTED BELOW. YOU WILL NOT RECEIVE A RESPONSE IF SENT TO THAT CONTACT.

WE CAUTION YOU THAT UNDER FEDERAL LAW, IF YOU KNOWINGLY MISREPRESENT THAT ONLINE MATERIAL IS INFRINGING, YOU MAY BE SUBJECT TO HEAVY CIVIL PENALTIES. THESE INCLUDE MONETARY DAMAGES, COURT COSTS, AND ATTORNEYS' FEES INCURRED BY US, BY ANY COPYRIGHT OWNER, OR BY ANY COPYRIGHT OWNER'S LICENSEE THAT IS INJURED AS A RESULT OF OUR RELYING UPON YOUR MISREPRESENTATION. YOU MAY ALSO BE SUBJECT TO CRIMINAL PROSECUTION FOR PERJURY.

If you believe that your copyrighted work has been used or displayed on our website in a way that constitutes copyright infringement, please report the alleged infringements by completing the following steps and by notifying ScoredIt's Designated Agent, as listed below. Pursuant to Title 17, United States Code, Section 512(c)(2), all notifications of claimed copyright infringement should be sent ONLY to our Designated Agent. ScoredIt will respond expeditiously to any claims of copyright infringement that are properly reported.

Written notification must be submitted to the following Designated Agent:

Service Provider(s): ScoredIt

Name of Designated Agent to Receive Notification of Claimed Infringement: Copyright Manager

Full Address of Designated Agent to Which Notification Should Be Sent: 3131 West Bolt Street Unit A19, Fort Worth, TX 76110

Email Address of Designated Agent: support@scoredit.com

Under Title 17, United States Code, Section 512(c)(3)(A), the Notification of Claimed Infringement must include the following:

(1) An electronic or physical signature of the owner or of the person authorized to act on behalf of the owner of the copyright interest;

(2) Identification of the copyrighted work (or works) that you claim has been infringed;

(3) A description and identification of the material that you claim is infringing, and the location where the original or an authorized copy of the copyrighted work exists (for example, the URL of the page of the website where it is

lawfully posted; the name, edition and pages of a book from which an excerpt was copied, etc.);

(4) A clear description of where the infringing material is located on our Website, including as applicable its URL, so that we can locate the material;

(5) Your contact information, including your name, address, telephone number, and e-mail address;

(6) A statement that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

(7) A statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright owner or authorized to act on the copyright owner's behalf.

## c. Intellectual Property Rights

The Site and its entire contents, features and functionality, including, but not limited to all information, text, displays, photographs, graphics, video and audio, and the design, selection and arrangement thereof ("ScoredIt Content"), are owned by, licensed by, or provided to ScoredIt. The Site is protected by copyright, trademark, trade secret, and other intellectual property or proprietary rights laws, and thus, we own and retain all rights in the ScoredIt Content and the Service.

These Terms of Use permit you to use the Site for your own personal, non-commercial use only. Except as otherwise provided in these Terms of Use, you may not reproduce, modify, publish, prepare derivative works, or distribute copies of the ScoredIt Content in whole or in part. You acknowledge and agree that if you use any Content in violation of our Terms of Use, any other party's rights, or any laws or regulations, including laws relating to the protection of intellectual property, you may be subject to civil liability, criminal prosecution or both under the laws and regulations of the United States, as well as any other state, national, provincial or other laws, regulations and treaties that may apply.

## d. Assignment And No Third-Party Beneficiaries

You cannot transfer your rights or responsibilities under these Terms to anyone else without our permission. However, ScoredIt can transfer this agreement to another company, such as an affiliate or a new owner, without your consent.

These Terms are only between you and ScoredIt. No one else, except ScoredIt's affiliates and service providers ("Our Companies"), can claim any rights under this agreement.

## e. Third Party Content And Links From The Site

If the Site contains links to other sites and resources provided by third parties, such links are provided for convenience purposes only. This includes links contained in advertisements, banner advertisements, and sponsored links. We have no control over, and no liability for any third party websites or materials. We work with a number of partners and affiliates whose Internet sites may be linked with the Site. Because neither we nor our Site has control over the content and performance of these partner and affiliate sites, we make no guarantees about the accuracy, currency, content, or quality of the information provided by such sites, and we assume no responsibility for unintended, objectionable, inaccurate, misleading, or unlawful content that may reside on those sites.

Similarly, from time to time in connection with your use of the Site, you may have access to Content or websites that are owned by third parties ("Third Party Content"). You acknowledge and agree that we make no guarantees about, and assume no responsibility for, the accuracy, currency, content, or quality of Third Party Content, and that, unless expressly provided otherwise, these Terms of Use shall govern your use of any and all Third Party Content.

### f. Third Party Merchants

ScoredIt contains many Offers from third party partners and affiliates which may allow you to order, receive, or redeem various products and services by business that are not owned or operated by us. The delivery, guarantee, maintenance, and all other matters concerning your transactions with these businesses are solely between you and such businesses. We do not endorse, warrant, or guarantee any such third party Offers and we are not liable for the accuracy, completeness, or usefulness of such information or the availability of any Offers.

### g. Disclaimers And Limitation Of Liability

OUR SITE IS MADE AVAILABLE "AS IS" AND "AS AVAILABLE." TO THE MAXIMUM EXTENT PERMITTED BY LAW, WE EXPRESSLY DISCLAIM ANY AND ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF TITLE, NONINFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THERE IS NO GUARANTY OR ASSURANCE THAT ALL OR ANY PART OF OUR SITE WILL BE AVAILABLE FOR USE, PERFORM AS DESCRIBED OR THAT OUR SITE IS ACCURATE, TIMELY, COMPLETE OR ERROR FREE AND YOU SHOULD NOT RELY ON OUR SITE FOR ANY DECISIONS OR ACTIONS YOU MAY OR MAY NOT CHOOSE TO MAKE OR TAKE. WE ARE NEITHER RESPONSIBLE NOR LIABLE FOR ANY DAMAGE TO YOU OR YOUR PROPERTY, EVEN IF DUE TO MALICIOUS OR UNAUTHORIZED CODE. YOU ARE SOLELY RESPONSIBLE FOR ENSURING YOU HAVE APPROPRIATE MECHANISMS TO PROTECT AND SECURE YOUR EQUIPMENT, PROGRAMS AND INFORMATION BECAUSE YOU, NOT US, ARE ASSUMING ALL RISK OF LOSS OR DAMAGE THAT MAY ARISE OR BE ASSOCIATED WITH USE OF OUR WEBSITE.

OUR LIABILITY TO YOU IS LIMITED. TO THE FULLEST EXTENT PERMITTED BY LAW, WE DISCLAIM ALL LIABILITY FOR LOSS, DAMAGE, COST AND/OR EXPENSE OF ANY KIND (INCLUDING, BUT NOT LIMITED TO, PUNITIVE, EXEMPLARY, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, LOST PROFITS, OR LOST DATA, REGARDLESS OF THE FORM OF ACTION OR BASIS OF THE CLAIM AND WHETHER OR NOT A PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF DAMAGES) IN CONNECTION WITH OR ARISING FROM USE OF OUR SITE OR ANY OTHER MATERIALS OR SERVICES WE PROVIDE TO YOU.

SOME JURISDICTIONS DO NOT ALLOW EXCLUSIONS OF CERTAIN WARRANTIES OR LIMITATIONS ON CERTAIN DAMAGES, SO SOME OF THESE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. HOWEVER, IF ANY LIMITATION OR EXCLUSION OF DAMAGES OR LIABILITY IS PROHIBITED OR RESTRICTED BY LAW, WE SHALL BE ENTITLED TO THE MAXIMUM LIMITATIONS AND EXCLUSIONS PERMITTED; HOWEVER, IN NO EVENT SHALL OUR TOTAL LIABILITY TO YOU EXCEED ONE HUNDRED DOLLARS ($100).

### h. No License

Nothing contained on the Site should be understood as granting you a license to use any of the trademarks, service marks, or logos owned by us or by any third party.

### i. You Indemnify Us

By using our Site, you agree to defend and hold harmless any or all of Our Companies against any demands, claims or actions arising out of or as a result of your access to or use of the Site, your breach or violation of our Terms of Use, including any breach arising from violations of law and regulation, as well as claims of infringement, misappropriation or violation of the rights of any person or entity ("Claim") and you shall indemnify and hold Our Companies harmless from and against any and all losses, damages, costs and expenses, including attorneys' fees, resulting from any such Claim. We have the right, at any time, to assume the defense against any Claim and all negotiations for settlement and compromise and you agree to cooperate with us in any such defense. When we use the phrase "you will defend and indemnify us" anywhere in our Terms of Use, it means and refers to the foregoing provisions of this section of our Terms of Use.

## j. Term And Termination

Our Terms of Use will take effect at the moment you click "ACCEPT", register, respond to a request for information, and/or begin downloading, accessing, or using the Site, whichever is earliest. ScoredIt reserves the right at any time and on reasonable grounds, which shall include, without limitation, any reasonable belief of fraudulent or unlawful activity or actions or omissions that violate any term or condition of this Agreement, to deny your access to the Site or to any portion thereof in order to protect its name and goodwill, its business, and/or other Users, and our Terms of Use with you will also terminate automatically if you fail to comply with its terms and conditions, subject to the survival rights of certain provisions identified below. Termination will be effective without notice. You may also terminate our Terms of Use at any time by ceasing to use the Site, but all applicable provisions of our Terms of Use will survive termination, as identified below, and each re-access or use of the Site will reapply our Terms of Use (then in effect) to you. Upon termination, you must destroy all copies of any aspect of the Site in your possession. The provisions concerning ScoredIt's proprietary rights, feedback and submissions, indemnity, disclaimers of warranty and liability, waiver and severability, entire Agreement, and governing law will survive the termination of our Terms of Use for any reason.

## k. We Have The Right To Terminate

We have the right to discontinue, suspend or terminate our Site or your use of the Service and/or our Site at any time, with or without notice to you, and without liability to you, for any reason or no reason whatsoever, including any time we determine, in our sole judgment, you have violated any of the Terms of Use, furnished us with false or misleading information, or interfered with use of the Site or the Service by others. In addition to any other rights and remedies we may have under these Terms of Use, or at law or in equity, we have the right to: (i) refuse to allow you further Posting; (ii) remove or delete Postings; (iii) revoke your right to use our Site; (iv) revoke and terminate your ScoredIt account; (v) use any technological, legal, operational or other means available to enforce our Terms of Use, including blocking specific IP addresses or deactivating your registration.

## VII. GOVERNING LAW AND BINDING ARBITRATION

## a. Governing Law

Our Terms of Use and your use of our Site shall be construed, governed by and enforced under the substantive laws of the State of Texas, exclusive of its conflict-of-law principles. You will not object to jurisdiction or venue on the grounds of lack of personal jurisdiction, inconvenient forum or otherwise. The Uniform Computer Information Transactions Act does not apply to our Terms of Use.

YOU HEREBY WAIVE ANY RIGHT YOU MAY NOW HAVE OR HEREAFTER POSSESS TO A TRIAL BY JURY IN CONNECTION WITH ANY ACTION OR PROCEEDING ARISING UNDER OUR TERMS OF USE OR YOUR USE OF OUR WEBSITE.

## b. Arbitration Agreement And Class Action Waiver

By using our Site, you agree that any disputes will be resolved in a prompt and cost-effective manner through **binding arbitration** rather than in court. The following provisions outline our arbitration agreement, which is designed to deter frivolous lawsuits and promote efficient dispute resolution:

1. **Pre-Arbitration Dispute Resolution Requirement.** Before starting an arbitration, the party intending to seek arbitration must first attempt to resolve the dispute informally. This includes: (a) providing written notice to the other party describing the dispute and desired resolution, and (b) allowing a period of at least 30 days to negotiate or settle the dispute in good faith. You and Us agree to communicate and negotiate in good faith during this period. If we are unable to resolve the dispute informally within 30 days (or another period we agree to in writing), either party may then proceed to initiate arbitration. Optional mediation: If both you and Us agree, we may also try to resolve the dispute through mediation (a neutral third-party facilitator) before proceeding to arbitration as per AAA rules.
2. **Mandatory Arbitration under AAA Rules.** All disputes or claims arising out of or relating to these Terms of Service or your use of the Site must be resolved by final and binding arbitration. The arbitration will be administered by the American Arbitration Association (AAA) in accordance with its applicable rules and procedures (including the AAA's Commercial Arbitration Rules), and not in a court of law. The decision of the arbitrator will be final and may be entered as a judgment in any court of competent jurisdiction.
3. **Venue in Fort Worth, Texas.** The location of the arbitration shall be Fort Worth, Texas. All arbitration proceedings (including any in-person hearings) will take place in Fort Worth, Texas, unless you and Tibrio mutually agree to a different location. You and Tibrio consent to personal jurisdiction in Texas for the sole purpose of carrying out this arbitration provision.
4. **Class Action Waiver.** All claims must be brought on an individual basis. Neither you nor Us shall be entitled to join or consolidate disputes by or against others, or pursue any claim as a class action, collective action, or in a private attorney-general capacity in arbitration or in any other forum. The arbitrator shall not have authority to conduct any class or collective arbitration or to join or consolidate the claims of multiple parties. By agreeing to this Terms of Service, You and Us waive any right to a jury trial and waive the ability to participate in a class action or class arbitration for any dispute covered by this arbitration agreement.
5. **Early Dispositive Motions.** The arbitrator is expressly authorized to consider and rule on early dispositive motions. This means that, similar to a court's motion to dismiss or motion for summary judgment, the arbitrator may dismiss claims that are frivolous or fail to state a valid claim before a full arbitration hearing on the merits. Either party may request such a motion early in the proceedings, and the arbitrator may grant it if warranted under the AAA rules and applicable law.
6. **Fee-Shifting for Baseless Claims.** If the arbitrator determines that any claim or counterclaim is frivolous or brought in bad faith, the arbitrator may require the party asserting such claim to reimburse the prevailing party for its reasonable attorneys' fees and arbitration costs incurred in defending against that claim. In other words, the losing party must pay the other's fees and costs if—and only if—the arbitrator finds the claim was baseless or pursued in bad faith. (Otherwise, each side will bear its own attorneys' fees and costs, as per the standard "American Rule," unless the arbitrator specifically orders otherwise in accordance with applicable law.
7. **Single Arbitrator for Cost Efficiency.** The arbitration will be conducted before a single, neutral arbitrator, not a panel of multiple arbitrators. Using a single arbitrator (instead of three) is intended to streamline the process

and minimize costs for both parties. The arbitrator shall be mutually agreed upon by the parties from the AAA's roster of arbitrators (if the parties cannot agree, the AAA will appoint a qualified arbitrator).

8. **Limited Discovery and Streamlined Procedure.** The arbitration process will be streamlined for efficiency. The parties agree that the arbitration shall proceed under the AAA's Expedited Arbitration Procedures (to the extent applicable) or otherwise be conducted in a manner designed to achieve a fast and cost-efficient resolution. The arbitrator may limit the scope of discovery (information exchange) to what is reasonably necessary to ensure a fair opportunity to present claims and defenses without unduly burdensome or time-consuming procedures. For example, the arbitrator may limit the number of depositions or require focused document exchange, consistent with the goal of a prompt resolution. The arbitration hearing itself shall be conducted on an expedited timeline as provided in the AAA rules, and the arbitrator is empowered to impose deadlines to keep the process moving quickly.

9. **Enforceability and Severability.** This arbitration clause is governed by the Federal Arbitration Act (FAA) and is intended to be interpreted broadly in favor of arbitration. **Severability:** If any portion of this arbitration agreement is found to be invalid or unenforceable, that portion shall be severed (removed) and the remaining provisions shall continue in full force and effect. In particular, if the class action waiver is ever deemed unlawful or unenforceable with respect to particular claims, then those claims shall proceed in court (with any class portion severed and litigated in court) while the remaining individual claims still proceed in arbitration. Overall, the parties agree that any finding of unenforceability shall be narrowly applied so as to preserve the enforceability of this arbitration clause as much as possible. This arbitration provision shall survive termination of the Terms of Service and remains binding even after your relationship with Us ends.

## VIII. MISCELLANEOUS

We reserve the right to update or modify these Terms of Use at any time by posting the updated version on the website. In the event of material changes, we will provide notice by posting an update on our website or through other reasonable means. Continued use of our services after such changes constitutes your acceptance. No amendment or modification of these Terms shall be valid unless made in accordance with this paragraph or in a written agreement signed by an authorized representative of the Company. The illegality, unenforceability or invalidity of any provision is severable and shall not affect or impair the rest of our Terms of Use. No waiver of any breach of any provision of these Terms of Use shall constitute a waiver of any prior, concurrent, or subsequent breach of the same or any other provisions hereof, and no waiver shall be effective unless made in writing and signed by an authorized representative of the waiving party. Headings are purely for reference and shall not affect meaning. Any provision which must survive any termination of your Agreement with us in order to allow us to enforce its meaning shall survive. You may not make or initiate any demand, claim or action against us or any of Our Companies, regardless of form or the basis of the claim, more than one (1) year after the cause of action has arisen (or if multiple causes, from the date the first such cause arose).

If we believe, have reason to believe or are notified of anything which could compromise or endanger the health or safety of any person, could cause damage (tangible or intangible), could adversely affect, infringe upon or misappropriate anyone else' rights, harasses or interferes with any other user, interferes with or bypasses security or other protective measures violates any law or regulation or these Terms of Use, we have the right, reserving cumulatively all other rights and remedies available to us at law, in equity and under our Agreement with you, to report and provide information to any and all regulatory and law enforcement authorities and agencies and take any action permitted by law.

### a. Force Majeure

ScoredIt is not responsible for any delay or failure to perform due to events beyond our control. These include natural disasters, fires, floods, government actions, wars, strikes, power outages, internet failures, or other unexpected events that make it impossible to operate. If this happens, we will do our best to resume services as soon as possible.

### b. INJUNCTIVE RELIEF

You acknowledge that any breach, threatened or actual, of our Terms of Use, including, without limitation, with respect to unauthorized use of ScoredIt proprietary assets, will cause irreparable injury to ScoredIt, such injury would not be quantifiable in monetary damages, and ScoredIt would not have an adequate remedy at law. You therefore agree that ScoredIt shall be entitled, in addition to other available remedies, to seek and be awarded an injunction or other appropriate equitable relief from a court of competent jurisdiction restraining any breach, threatened or actual, of your obligations under any provision of our Terms of Use. Accordingly, you hereby waive any requirement that ScoredIt post any bond or other security in the event any injunctive or equitable relief is sought by or awarded to ScoredIt to enforce any provision of our Terms of Use.



**4 Red Flag Signs Of Overworked Liver**

🔥 8,528



**Shocking Discovery: This Daily Habit Stops Gum Disease in Its Tracks**

🔥 2,754



**Top Podiatrist: If You Have Toenail Fungus, Try This Tonight (It's Genius!)**

🔥 2,886

Sponsored Ad

## About ScoredIt

ScoredIt is your one stop shop for all things free samples and savings tips and tricks!

Want to try name brand free samples before you buy? We've got 'em! Interested in entering awesome sweepstakes? You guessed it right, they're here! But wait there's even more, our Blog has tips and tricks that will save you time and money!

So dot the i and cross the t because you just SCOREDIT!