# EXHIBIT U

# Business Search

*As of 6/29/2026:*

- *Business Filings are processed through 06/24/2026.*
- *Renewals and Restorations (for entities returning to good standing) are processed through 06/25/2026.*

**To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.**

**The same process applies to order certificates and copies.**

*You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.*

Business Search Info: ⌄



Jackson County Hands United 🔍 *

Advanced ⌄

Results: 1

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| **JACKSON COUNTY HANDS UNITED** › | 08/29/2023 | Active | Good | Domestic Nonprofit Corporation | 803091188 | MICHELE NELSON | 10/01/2027 |



### JACKSON COUNTY HANDS UNITED ✕

| | |
|---|---|
| *Entity Name* | JACKSON COUNTY HANDS UNITED |
| *Identification #* | 803091188 |
| *Jurisdiction* | Michigan |
| *Entity Type* | Domestic Nonprofit Corporation |
| *Entity Status* | Active |
| *AR Standing* | Good |
| *AR Due Date* | 10/01/2027 |
| *Initial Filing Date* | 08/29/2023 |
| *Last Report with Officers and Directors* | 2026 |
| *Resident Agent Name* | MICHELE NELSON |
| *Registered Office Street Address* | 506 S COOPER ST, JACKSON, MI 49203 |
| *President Name & Address* | MICHELE NELSON   506 S COOPER ST, JACKSON, MI 49203 |
| *Secretary Name & Address* | DOWLING ALBERT   506 S COOPER ST, JACKSON, MI 49203 |
| *Treasurer Name & Address* | JUSTIN NELSON   506 S COOPER ST, JACKSON, MI 49203 |
| *Directors Names & Addresses* | MICHELE NELSON   506 S COOPER ST, JACKSON, MI 49203 |
| | SARAH NELSON   506 S COOPER ST, JACKSON, MI 49203 |
| | DOWLING ALBERT   506 S COOPER ST, JACKSON, MI 49203 |