# EXHIBIT V



michelenelson213　　　Follow　···

michelenelson213 56w
I would like to introduce my Board of Directors, which consists of my immediate family. I feel honored that they have been so supportive during my journey of getting this up and going. I, Michele Nelson, am the Founder and Executive Director/ CEO. My husband, Justin Nelson, is the Treasurer. Albert and Sarah Dowling, our children, are members of the Junior Executive Board. JCHU is also a proud member of the Jackson County Chamber of Commerce and Nonprofit Network. Together, we can make a difference.

#JacksonCountyHandsUnited #jacksonmi #jacksonmichigan #jacksoncountychamberofcommerce #nonprofitnetwork #servingourcommunity #sharethelove

May 26, 2025

Add a comment...