# EXHIBIT X

       

 **Jackson County Hands United** · Join

Michele Nelson · Admin · December 25, 2025 · 🌐

We will be closing Jackson County Hands United for the winter. We will be back up and running again in the Spring. By the time we reopen there should be a new and improved business model. Hope everyone enjoys their holiday break!

 2



### No comments yet

Be the first to comment.

 Submit your first comment...

