# EXHIBIT Y

     

 **Michele Nelson** ✔
September 25, 2025 · 🌐

It's official! Our new shirts arrived in the mail! We're excited. #jacksoncountyhandsunited

 Write a comment...

Case 1:26-cv-00374-TDS-LPA    Document 12-25    Filed 07/06/26    Page 2 of 2