# EXHIBIT Z


   
 **Jackson County Hands United** · Join

Michele Nelson · Admin · September 25, 2025 · 🌐

We are accepting orders for this shirt.



2