# EXHIBIT AA

Jackson County Chamber of Commerce

# Jackson county Hands United

Non-profit & Charitable Organizations/Foundations

⦿ **50 S. Cooper St., Jackson, MI 49203**

☎ **(517) 769-4094**

@ **Send Email**

⊕ **Visit Website**

**Hours:**

**Open 24/7**

## About Us

Jackson County Hands United strives to make people's lives better. We want to create a safer, cleaner community. We provide free resources, tree and recycling services. We are also starting up a wrestling camp, which will teach self-defense techniques.

## Highlights

* **Nonprofit Organization**

## Images

Company logo | Board of Directors

## Rep/Contact Info



**Michele Nelson**
**Founder/ Executive Director**

**Phone: (517) 769-4094**

**Send an Email**

f

**Member Search**          **Join The Chamber**

# Sign Up

Sign up for Chamber updates.

**Sign Up**

# Contact

134 W Michigan Ave.
Jackson, MI 49201
517-782-8221

f     ⊙     in

Website Powered by M3 Group

Could not connect to the reCAPTCHA service. Please check your internet connection and reload to get a reCAPTCHA challenge.