# EXHIBIT CC


# Jackson County Hands United







**Non-profit & Charitable Organizations/Foundations**

⌖ **50 S. Cooper St., Jackson, MI 49203**

@ **Send Email**

⊙

**Hours:**

**Open 24/7**



## About Us

Jackson County Hands United strives to make people's lives better. We want to create a safer, cleaner community. We provide free resources, tree and recycling services. We are also starting up a wrestling camp, which will teach self-defense techniques.

## Highlights

- **Nonprofit Organization**

## Images




# Jobs

### Volunteer Coordinator
Category: Non-Profit and Social Services

JCHU is a 501 c 3 nonprofit organization, which focuses on neighborhood watch initiatives. Our mission is creating a safer, cleaner community. Must have a friendly face. Must have prior experience. Great Communication Skills Exemplary Customer Service  Ability to multi-task MUST be team-oriented At least high school graduate. The position is strictly volunteer-based.

Contact: Michele Nelson
Michele.Nelson.JCHU@gmail.com

### Grant Writer
Category: Non-Profit and Social Services

We are in need of help with grant proposals.  The ideal candidate must have previous grant writing experience. Minimal experience is a bachelor's degree.  We are seeking grants for different programs and startup costs. This is strictly voluntary.

Contact:
Michele.Nelson.JCHU@gmail.com

### Lead Wrestling Trainer
Category: Sports and Recreation

We are starting a wrestling camp and need a lead trainer. Requirements: Must have credible wrestling background and the ability to handle children of all different backgrounds.  No Criminal History. Knowledge of collegiate and professional wrestling.  Ability to work with others. Clear Communication Friendly face and positive attitude.

Contact: Justin Nelson
Michele.Nelson.JCHU@gmail.com
Phone:(401) 365-4229

# Rep/Contact Info



**Michele Nelson**
**Founder/ Executive Director**

**Send an Email**

**View Personal Bio**

Member Search          Join The Chamber

# Sign Up

Sign up for Chamber updates.

**Sign Up**

Website Powered by M3 Group

# Contact

134 W Michigan Ave.
Jackson, MI 49201
517-782-8221

