# EXHIBIT DD

**Michele Nelson** ✔
May 13 · 🌐

I got a business number for the nonprofit organization. The new number is (701) 922-0908.

**No comments yet**
Be the first to comment.

Write a comment...