# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**JUSTIN NELSON**, *individually, and on behalf of all others similarly situated*,

    Plaintiff,

v.

**OVERBROOK LIFE LLC**,

    Defendant.

**Case No. 1:26-cv-00374-TDS-LPA**

## <u>DECLARATION OF S. WILSON QUICK</u>

Pursuant to 28 U.S.C. § 1746, I, S. Wilson Quick, under penalty of perjury, declare as follows:

1. I am a member of the North Carolina bar and of this Court, and counsel for Defendant Overbrook Life LLC ("Overbrook") in this matter.

2. I make this Declaration in support of Overbrook's Motion to Transfer, or in the Alternative, Motion to Dismiss ("Motion") filed herewith, and for the purpose of authenticating the exhibits to Overbrook's Memorandum in Support of its Motion ("Memo") and to this Declaration.

3. Exhibit A to the Memo is a true and correct copy of the Complaint filed in *Michele Nelson v. Capital Vision Services, LLC*, No. 5:26-cv-10275 (E.D. Mich.).

4. Exhibit B to the Memo is a true and correct copy of the Complaint filed in *Michele Nelson v. L.J. Ross Associates Inc.*, No. 2:26-cv-10345 (E.D. Mich.).

1

5. Exhibit C to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Adwora LLC*, No. 2:26-cv-10423 (E.D. Mich.).

6. Exhibit D to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Omahasteaks.com, LLC*, No. 2:26-cv-10481 (E.D. Mich.).

7. Exhibit E to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Shutterfly, LLC*, No. 4:26-cv-01900 (N.D. Cal.).

8. Exhibit F to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Whaleco Inc.*, 1:26-cv-11333-WGY (D. Mass.) ("*Whaleco*").

9. Exhibit G to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Discord, Inc.*, No. 3:26-cv-03217 (N.D. Cal.).

10. Exhibit H to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Javy Coffee Co.*, No. 2:26-cv-01650 (D.S.C.).

11. Exhibit I to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. Americ LLC*, No. 2:26-cv-04766 (C.D. Cal.).

12. Exhibit J to the Memo is a true and correct copy of the Complaint filed in *Justin Nelson v. National Entertainment Collectibles Ass'n, Inc.*, No. 2:26-cv-04999 (D.N.J.).

13. Exhibit K to the Memo is a true and correct copy of the First Amended Complaint filed in *Justin Nelson & Rebecca Massicotte v. Elite Agency LLC*, No. 2:26-cv-11059 (E.D. Mich.).

2

14. Exhibit 1 to this Declaration is a true and correct copy of the Transmittal Declaration of Nigel Tamton, Esq. in Support of Defendant Whaleco Inc.'s Motion to Dismiss Plaintiff's Class Action Complaint and select exhibits, which were filed in *Whaleco*.

15. Exhibit L to the Memo is a true and correct, redacted copy of a "Telephone Number Research Report" for the telephone number (517) 769-XXXX, which Whaleco's counsel represented was prepared by CompliancePoint. *See* Exhibit 1 ¶ 17.

16. Exhibit M to the Memo is a true and correct copy of the webpage for 633 Oakhill Ave., Jackson, MI 49201, from bsaonline.com, which was downloaded at my direction and is available at this URL: https://bsaonline.com/SiteSearch/PropertyDetails?uid=309&RecordKey=2-105700000&RecordKeyType=0&ReferenceKey=2-105700000&ReferenceType=0&SearchFocus=Tax&SearchCategory=Name&SearchText=OSTRANDER%20ANNETTE&PageIndex=1.

17. Exhibit N to the Memo is a true and correct, redacted copy of a "Telephone Number Research Report" for the telephone number (517) 962-3724, which Whaleco's counsel represented was prepared by CompliancePoint. Exhibit 1 ¶ 16.

18. Exhibit O to the Memo is a true and correct copy of an excerpt of Lisa Renfer-Rice's Facebook Profile, as of June 25, 2026, which was accessed and copied at my direction from the following URL: https://www.facebook.com/lisa.renferrice.

3

19. Exhibit P the Memo is a true and correct copy of Lisa Renfer-Rice's June 9, 2021 Facebook post, which was accessed and copied at my direction on June 25, 2026, from this URL:

https://www.facebook.com/photo.php?fbid=10226499807828032&set=pb.1430166119.-2207520000&type=3.

20. Exhibit Q to the Memo is a true and correct copy of a portion of Lisa Renfer-Rice's Facebook Friends list, as of June 25, 2026, which was accessed and copied at my direction from this URL: https://www.facebook.com/lisa.renferrice/friends.

21. Exhibit R to the Memo is a true and correct copy of a portion of Annette Ostrander's Facebook Profile, as of June 25, 2026, which was accessed and copied at my direction from the following URL: https://www.facebook.com/annette.ostrander.1.

22. Exhibit S to the Memo is a true and correct copy of a portion of Annette Ostrander's Facebook Friends list, as of June 25, 2026, which was accessed and copied at my direction from the following URL: https://www.facebook.com/annette.ostrander.1/friends.

23. Exhibit U to the Memo is a true and correct copy of Jackson County Hands United's page on Michigan's Business Registry site, which was accessed and copied at my direction from the following URL: https://mibusinessregistry.lara.state.mi.us/search/business.

24. Exhibit V to the Memo is a true and correct copy of an Instagram post made by Michele Nelson (user name: michelenelson213), dated May 26, 2025, which

4

was accessed and copied at my direction from the following URL: https://www.instagram.com/p/DKHi0XJuOUM/.

25. Exhibit W to the Memo is a true and correct copy of an Instagram post made by Michele Nelson (user name: michelenelson213), dated May 26, 2025, which was accessed and copied at my direction from the following URL: https://www.instagram.com/p/DKHhaJMOrB5/.

26. Exhibit X to the Memo is a true and correct copy of a Facebook post made by Michele Nelson in the Jackson County Hands United Facebook Group, dated December 25, 2025, which was accessed and copied at my direction from the following URL: https://www.facebook.com/groups/814332635816230/permalink/1971443870105095/?rd id=ZftV3azlwdJKQthV#.

27. Exhibit Y to the Memo is a true and correct copy of a Facebook post made by Michele Nelson, dated September 25, 2025, which was accessed and copied at my direction from the following URL: https://www.facebook.com/story.php?story_fbid=122157375182759053&id=615727716 09048&mibextid=wwXlfr&rdid=CysLdYZEhe71vBtq#.

28. Exhibit Z to the Memo is a copy of a Facebook post made by Michele Nelson, dated September 25, 2025, which was accessed and copied at my direction from the following URL: https://www.facebook.com/groups/814332635816230/permalink/1897073937542089/?mi

5

bextid=wwXIfr&rdid=dSCgEoL8UeHjp8pr&share_url=https%3A%2F%2Fwww.facebo

ok.com%2Fshare%2Fp%2F1F2gM35yiB%2F%3Fmibextid%3DwwXIfr#.

29.     Exhibit AA to the Memo is a true and correct copy of the Jackson County

Chamber of Commerce's listing for Jackson County Hands United, as of November 15,

2025, which was accessed and copied at my direction from the following URL:

https://web.archive.org/web/20251115022605/https://business.jacksonchamber.org/list/m

ember/jackson-county-hands-united-11538.

30.     Exhibit BB to the Memo is a true and correct copy of a letter sent by

Whaleco's counsel to Plaintiff's counsel that was filed in *Whaleco*, dated April 7, 2026.

*Id.* ¶ 4.

31.     Exhibit CC to the Memo is a true and correct copy of the Jackson County

Chamber of Commerce's listing for Jackson County Hands United, as of June 25, 2026,

which was accessed and copied at my direction from the following URL:

https://business.jacksonchamber.org/list/search?q=Jackson+County+Hands+Untied&c=&

sa=False.

32.     Exhibit DD to the Memo is true and correct copy of a Facebook post made

by Michele Nelson, dated May 13, 2026, which was accessed and copied at my direction

from the following URL:

https://www.facebook.com/story.php?story_fbid=122184138236759053&id=615727716

09048&mibextid=wwXIfr&rdid=Ucm2T0UhKLAm09r3#.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of July 2026.

_____
S. WILSON QUICK

7