Anthony I. Paronich, Pro Hac Vice to be filed
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUSTIN NELSON, individually, and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> OVERBROOK LIFE LLC <br><br> *Defendant.* | Case No. 1:26-cv-00374-TDS-LPA <br><br> **DECLARATION OF JUSTIN NELSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

<u>**DECLARATION OF JUSTIN NELSON IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**</u>

Pursuant to 28 U.S.C. § 1746, I, Justin Nelson, declare as follows:

1. I am the Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2. Since approximately June 2025, I have been the subscriber and named account holder for the Cricket Wireless cellular account associated with telephone number (517) 769-XXXX (the "Number").

3. Since approximately July 2025, the Cricket Wireless account associated with the Number has been solely in my name.

4. I personally pay the wireless bills associated with the Number.

5. Attached as Exhibit A is a true and correct copy of Cricket Wireless account and billing records associated with the Number.

6. The Cricket Wireless records identify me as the account holder associated with the Number during the relevant time period.

7. The Number is used primarily for personal and residential purposes.

8. The Number is used for personal and household communications, including communications with friends and family, appointments, purchases, and other personal matters.

9. Although my wife, Michele Nelson, regularly used the device associated with the Number, I also accessed the Number and the associated device.

10. I personally viewed and read the text messages at issue in this lawsuit after they were received at the Number.

11. The text messages were unwanted.

12. The text messages invaded my privacy and disturbed my use and enjoyment of the Number.

13. Prior allegations or references in unrelated lawsuits identifying Michele Nelson as a user of the Number were not intended to disclaim my ownership, subscription interest, access, use, or privacy interest in the Number.

14. At one point, the Number was temporarily associated with Jackson County Hands United, a nonprofit organization.

15. Jackson County Hands United is not a for-profit business enterprise.

16. Any association between the Number and Jackson County Hands United was limited, incidental, and temporary.

17. The Number was not used primarily as a business line.

18. The Number was never maintained as a dedicated business telephone number.

19. Although a limited number of Jackson County Hands United shirts displayed the Number, those shirts were created for internal use by members of the organization's board and were not generally distributed to the public.

20. To my knowledge, no one contacted Jackson County Hands United through the Number as a result of those shirts.

21. Any references to the Number in connection with Jackson County Hands United did not alter the Number's primary personal and residential use.

22. After acquiring the Number, I verified that the Number was listed on the National Do Not Call Registry.

23. I also attempted to register the Number on the National Do Not Call Registry after becoming the subscriber of the Number.

24. I was unable to register the Number because the Number was already reflected as registered on the National Do Not Call Registry.

25. To my knowledge, the Number has remained listed on the National Do Not Call Registry throughout the time relevant to this lawsuit.

26. I never provided prior express invitation or permission for Defendant Overbrook Life LLC to send marketing text messages to the Number.

27. I did not want to receive the text messages alleged in the Complaint.

28. I bring this lawsuit because I received unsolicited text messages at the Number that I believe violated the Telephone Consumer Protection Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of July, 2026.

/s/_____

JUSTIN NELSON