**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| JUSTIN NELSON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>OVERBROOK LIFE LLC<br><br>*Defendant.* | Case No. 1:26-cv-00374-TDS-LPA |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a) with each party to bear its own costs and fees.

**BY:** */s/ Anthony I. Paronich*

Anthony I. Paronich
M.A. State Bar No. 678437
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff*

*/s/ Karl S. Gwaltney*

Karl S. Gwaltney
NC Bar. No. 45118
Maginnis Howard
7706 Six Forks Road, Suite 101
Raleigh, NC 27615
Tel: (919) 526-0450
Fax: (919) 882-8763

kgwaltney@carolinalaw.com

*Local Civil Rule 83.1(d) Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I caused the foregoing to be filed with the Clerk of the Court through the CM/ECF system, which then caused the document to be served on all counsel of record.

*/s/ Anthony I. Paronich*